82,043-01

NO. 60527-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | |
| | § | OF BRAZORIA COUNTY, TEXAS |
| | § | |
| SHANNON COLE SMITH | § | 23RD JUDICIAL DISTRICT |

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

RESPONSE IN TRAVERSE TO STATE'S FINDINGS OF FACT

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

Pursuant to the State's Findings of Fact entered December 3, 2014 in the 23rd Judicial District Court of Brazoria County, as ordered by this Honorable Court of Record, Applicant Shannon Cole Smith, hereinafter styled, "Applicant," presents his Response in Traverse with Affidavit of Fact in Support contesting the following:

I.

DEFICIENCIES IN ARREST WARRANT

1. First and foremost, in order for an arrest warrant received by teletype (telegraph) the law is absolutely clear pursuant to Texas Code of Criminal Procedure, Article 15.12, titled: "Warrant or Complaint Must Be Under Seal," the statute clearly states: "No manager of telegraph office shall receive and forward a warrant or complaint unless the same shall be **certified to under seal** of a court of record or by a justice of the peace, with the certificate under seal of a court of record or by justice of the peace, with certificate under seal of the district or county clerk of his county that he is a legally qualified justice of the peace of such county, nor shall it be lawful for any magistrate to endorse a warrant received by telegraph, or issue a warrant upon a complaint received by telegraph, unless **all** requirments of law in relation thereto have been fully complied with." Tex. Code of Crim. Proc., Art. 15.12 (Vernon's).

2. Second, the produced "warrant" the State has presented to the Honorable Court is extremely questionable for the following reasons:

a. The Alvin Police Department alleges in the Findings of Fact that it was in possession of an arrest warrant for the Applicant

Response in Traverse                                                page 1

"for the offense of Felony Larceny of a Motor Vehicle out of North Carolina at the time Officers from that agency entered the Applicant's motel room and found him in bed with...." (See Findings of Fact at page 1).

b.    If, in fact, the Alvin Police Department was in possession of said arrest warrant at the time Officers from that agency entered the Applicant's motel room, why did the agency have to procure a faxed copy of the alleged warrant for arrest from North Carolina, or rather, the Brazoria County District Attorney, on 11/07/2014 at 09:51; again at 11/21/2014 FRI at 14:07; and yet again on 11/21/2014 FRI at 14:17?

c.    This "warrant" which the State has produced is "cheap as press-on nails and Applicant could have done a much better job of forging such a thing! This warrant is not even signed by a magistrate, as required, a typed name of a Brandon J. Freeman, without more cannot be deemed signatory and lawful. The warrant does not contain the seal of the court of record or justice of the peace, being a legally qualified justice of the peace, with certificate under seal of the district or county clerk of his county certifying that he is a legally qualified justice of the peace of such county. According to the lawful requirements of Art. 15.12, supra, endorsement is required and no such endorsement may be placed on a warrant received by telegraph unless all requirements of law in relation thereto have been fully complied with. (See Art. 15.12, T.C.C.P., supra)

d.    The "warrant" produced by the State for the Honorable Court is defective in many ways, but the worst defect is the fact it is not under seal nor certified to by a court of record or by a justice of the peace. Not only is it not signed by a magistrate from Buncombe County, North Carolina, it clearly smells like a rat!

e.    Finally, and this is going to raise some hairs on the back of some necks, Applicant owned the vehicle alleged stolen from Angela Cherie Smith, as this is his lawful wife! (See attached Certificate of Marriage out of Brazoria County, Texas, dated November 8, 1998). Surely, when Mrs. Angela Smith was filing the report of a stolen vehicle, someone, anyone, asked her if she was related to Shannon Cole Smith! Applicant purchased the vehicle in North Carolina from his in-laws family and put the vehicle in his wife's name. He did

Response in Traverse                                              page 2

drive the vehicle to California, then to Texas, where he was arrested for being in possession of "community property" purchased while he and the alleged complainant were "legally married," and they are still legally married! Having married in Texas, any item purchased while legally married is "community property" and neither party to the marriage can allege separate ownership to said item purchased! Applicant need not take the Honorable Court down "Family Law" lane to support his contention.

f.    Why didn't anyone bother to check if Applicant was the owner of the vehicle by law? Who would accept an affidavit of probable cause from the alleged Complainant, Angela Cherie Smith, without asking her if she was legally married to the alleged defendant? If, in fact, an arrest warrant even exists for Applicant as Warrant No. WA661660, out of the State of North Carolina, someone needs to put that State on notice that Applicant is legally married to the alleged complainant and that the vehicle she alleges he stole from her is his. Someone needs to explain the law of community property to the backwards State of North Carolina, as Applicant is guilty of nothing in the form of violation of law in driving his own truck to California and then to Texas, even if it was without the effective consent of his lawful wife! Unless the State can present proof of claim that the vehicle in question was "separate property" of the alleged complainant, the lack of clean hands; lack of subject matter jurisdiction; and personal jurisdiction; to include lack of fair dealings demands that Applicant be immediately released from custody and that he be compensated for his wrongful conviction and confinement. (See Applicant's Affidavit of Fact, attached)

II.

PRAYER

3.    Applicant prays that this Honorable Court demand that the State produce the alleged arrest warrant under seal it allegedly received from the justice of the peace or from the court of record the telegraph manager took it to to get said certification. The warrant produced by the State is dated after the fact and cannot be deemed "evidence" in the habeas record or trial court record, as a violation of the rules of evidence and right to confrontation and

cross-examination occurred when Applicant was denied the right to question the alleged certification and possession of the warrant for arrest at the time officers entered the motel room.

4.    Applicant would also like to point out that Officer Jason Shoemake's Affidavit of Fact at paragraph 5 where the officer states that "Officers attempted to make verbal contact with Smith inside. After no response from inside the room, I used the hotel key to open the door...," is inconsistent with the Original Complaint's set of facts, as in that Complaint, Officer Shoemake states **he** knocked on the door and stated "POLICE DEPARTMENT.  After a few seconds I did not hear a response from inside so I swiped the room key and the green light came on indicating that the door was open...."

5.    Applicant would also ask the Honorable Court to have the State explain **why** Officer Shoemake's Affidavit also has the same fax time and date as follows: 11/21/2014 FRI 14:17, and the same fax machine # [TX/RX NO 6483].

6.    It is obvious that the arrest warrant lacks the proper lawful requirements of certification and seal from the appropriate court of record or justice of the peace to have been used to arrest the Applicant and that it lacks a signature of some magistrate on the warrant itself, as well as the fact Applicant is legally married to the alleged complainant, and said marriage was out of Brazoria County, Texas.  Surely this is the final nail placed into the coffin of the State's case against the Applicant.

Applicant never committed any crime against the laws of North Carolina or Texas and he is actually innocent of having committed Felony Larceny of his own property.  For the foregoing reasons Applicant prays for habeas corpus relief and an instruction from the Court that an Order of Acquittal be entered in said case.

SO PRAYED this _10th_ day of December, 2014.

Respectfully submitted,

Shannon Cole Smith  #1623938
James A. Lynaugh Unit
1098 S. Highway 2037
Fort Stockton, Texas 79735

Response in Traverse                                            page 4

DECLARATION

I, Shannon Cole Smith, TDCJ-ID #1623938, being presently in-carcerated at the James A. Lynaugh Unit of TDCJ-ID, declare under penalty of perjury that the foregoing facts are true and correct.

_Shannon Cole Smith_ 1623938
Shannon Cole Smith
Applicant Pro Se


CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing with exhibits was sent to the attorney for the State by placing the same in a postage prepaid envelope and mailing it to the address as follows:

Honorable David Bosserman
Assistant District Attorney
111 E. Locust, Suite 408A
Angleton, Texas 77515

Attorney for the State

_Shannon Cole Smith_ 1623938
Shannon Cole Smith
Applicant Pro Se

STATE OF TEXAS                          §
                                        §
COUNTY OF PECOS                          §


### AFFIDAVIT OF FACT OF SHANNON COLE SMITH

1.     My name is Shannon Cole Smith, TDCJ-ID #1623938, I am over 18 years of age and able to make this affidavit of fact based upon personal knowledge of the facts contained herein.

2.     I am currently incarcerated at the James A. Lynaugh Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, located at: 1098 S. Highway 2037, Fort Stockton, Pecos County, Texas 79735.

3.     I attest that I was lawfully married to Angela Cherie Hill, D.O.B. 10/30/1978, on November 8, 1998 in Brazoria County, Texas.

4.     I further attest that my wife and I purchased the black, 1999 Ford truck in question from her family in North Carolina while we were legally married.

5.     I attest that I drove the truck to California to go work there shortly after we purchased the truck and that I drove the truck to Texas where I was inadvertently arrested, allegedly for being in possession of a stolen truck.

6.     I attest I did not give any police officer consent to enter the motel room which had a locked door and I did not give consent to the motel manager to enter the room or authorize anyone else to enter the room.

7.     I attest that I was never presented any "warrant" nor any "affidavit" in support of said warrant by any officer after my arrest.

8.     I attest that I am still legally married to Angela Cherie Smith and am the lawful owner of the 1999 Ford truck in question, though I do not know its whereabouts at this time.

9.     I attest that I gave no statements voluntarily nor freely to any law enforcement officer, but was subject to interrogation after unlawful entry was gained in to my motel room by Alvin Police.


Affidavit of Fact                                              page 1

10.    I attest that I am the Applicant in habeas corpus action No. 60527-A out of the 23rd Judicial District Court of Brazoria County, Texas.

11.    I attest that I have reviewed the "warrant" the State is trying to use to support the unlawful arrest on July 18, 2009, and that I find it does not contain a magistrate's signature nor the certification under seal required from said telegraph manager's office in having taken said warrant to a court of record or justice of the peace to certify it under seal pursuant to Art. 15.12, Texas Code of Criminal Procedure.

12.    I attest that being the owner of the 1999 Ford truck in question, I cannot be charged with stealing my own property and therefore no lawful authority existed, nor can police allege any good faith; clean hands; or fair dealings in having violated my constitutional right to privacy in entering my motel room without my consent.

Further affiant saith not.

Executed this 10th day of December, 2014 in Pecos County, Texas.

Shannon Cole Smith
Affiant Pro Se

DECLARATION

I, Shannon Cole Smith, TDCJ-ID #1623938, being presently incarcerated at the James A. Lynaugh Unit of TDCJ-ID, declare under penalty of perjury that the foregoing facts are true and correct.

Shannon Cole Smith
TDCJ-ID #1623938
James A. Lynaugh Unit
1098 S. Highway 2037
Fort Stockton, Texas 79735
Affiant Pro Se

Affidavit of Fact                                             page 2 of 2

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

**NO.** WR-82,043-01

EX PARTE SHANNON COLE SMITH

23RD DISTRICT COURT FROM BRAZORIA COUNTY, TEXAS

§
§
§
§
§

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF BRAZORIA

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

Cherie Hill-Smith                                              , who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is Cherie Hill-Smith                                        .

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

1. ~~I called into the Asheville police to report that I just wanted get the truck back~~ from my husband Shannon Cole Smith who was in Alvin, TX, I only spoke to the ~~detective over the phone and did not go into the police department and sign any formal~~ complaint.

2. ~~I was and still legally married to Shannon Cole Smith in the State of Texas.~~

3. ~~We bought the truck from a family friend and I was married to Shannon~~ when it was purchased.









_Cherie Hill-Smith_

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of _Galveston_
      [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the _23rd_ day of _December_ , _2014_ year, by

_CHERIE Hill - Smith_
[PRINT the first and last names of the person who is signing this affidavit.]

_Brenda M. Guillory_
Notary Public, State of Texas [Notary's signature.]

BRENDA M. GUILLORY
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-16-18

[Notary's seal must be included.]



3:00PM

## MARRIAGE LICENSE

No.......900

{

## THE STATE OF TEXAS
### COUNTY OF BRAZORIA

*To any Person authorized by the Laws of the State of Texas to celebrate the Rites of Matrimony in the State of Texas—*

### GREETING:

*YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE RITES OF MATRIMONY BETWEEN*

Mr................SHANNON COLE SMITH..................................and M................ANGELA CHERIE HILL................................
*and make due return to the Clerk of the County Court of said County within thirty days thereafter, certifying your action under this License.*

*WITNESS my official signature and seal of office at Angleton, Texas, the*................29.....*day of*............OCTOBER................*19*....98....

By................*Deputy.*

(L.S.) JANET SANDERS (SEAL)

**DOLLY BAILEY**
*Clerk of County Court, Brazoria County, Texas.*

*I hereby certify that on the*................8TH............*day of*............NOVEMBER................*19*....98...., *at*................HITCHCOCK................,
............GALVESTON..............................*County, Texas, I united in Marriage the parties above named.*

*GIVEN under my hand, this*................8TH................*day of*.....NOVEMBER................................*19*.98....

1:00PM

................RONALD L. ELDRED, SR................PASTOR........................................
                                  (Name)                                             (Title)
O.M.  HITCHCOCK  BAPTIST CHURCH................................
                                          Address

*Returned and recorded the*................12....*day of*............NOVEMBER............................*19*.....98..........

**DOLLY BAILEY**
*Clerk County Court.*

By................*Deputy.*
JANET SANDERS

## STATE OF TEXAS
## COUNTY OF BRAZORIA

*I certify that the above and foregoing is a full, true and correct photographic copy of the original record*